# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0347. CHARLES EDWIN MASON v. THE STATE.**

Charles Edwin Mason was convicted of burglary, criminal trespass, possession of tools for the commission of a crime, felony theft by taking, and forgery in the second degree. His convictions were affirmed on appeal. *Mason v. State,* 325 Ga. App. 609 (754 SE2d 397) (2014).[1] He subsequently filed an extraordinary motion for new trial, which the trial court denied. Mason then filed this direct appeal. We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*,

---

[1] Following his direct appeal, Mason filed an application challenging the trial court's denial of his motion to vacate a void judgment. His application was dismissed. See Case No. A15D0223 (dismissed January 28, 2015). He thereafter filed an application challenging the trial court's denial of his motion to correct his sentence, which was also dismissed. See Case No. A16D0005 (dismissed September 9, 2015).

227 Ga. App. 327, 329 (489 SE2d 129) (1997). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 09/29/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*